Stephen K. Christiansen
Nevada Bar No. 11081
CHRISTIANSEN LAW, PLLC
3651 Lindell Road
Las Vegas, Nevada 89103
Telephone: 801-716-7016
Facsimile: 801-716-7017
Email: steve@skclawfirm.com

Oliver P. Maguire (admitted pro hac vice)
KNIGHT NICASTRO MACKAY LLC
304 W. 10th Street
Kansas City, Missouri 64105
Telephone: 816-708-0322
Facsimile: 816-396-6233
Email: maguire@knightnicastro.com
**ATTORNEYS FOR PLAINTIFF**
**ALDEN TIMOTHY COX**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

NORTHERN DIVISION

| | |
|---|---|
| ALDEN TIMOTHY COX,<br><br>    Plaintiff,<br><br>v.<br><br>LIGHTNING AUCTIONS,<br><br>    Defendant. | CASE NO.: 3:21-cv-00424-MMD-WGC<br>Judge Miranda Du<br>Magistrate Judge Craig S. Denney<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii), the parties, by and through the undersigned counsel, hereby stipulate to the dismissal of this action with prejudice. Each party to bear his/its own costs and attorney's fees.

Dated this 5th day of December 2022.

Approved and submitted by:

/s/ Oliver Maguire
Oliver P. Maguire (admitted pro hac vice)
KNIGHT NICASTRO MACKAY LLC
304 W. 10th Street
Kansas City, Missouri 64105
Telephone: 816-708-0322
Facsimile: 816-396-6233
Email: maguire@knightnicastro.com

Approved by:

/s/ Myraleigh McGill
Prescott T. Jones, Esq.
Nevada Bar No.: 11361
pjones@rlattorneys.com
Myraleigh A. McGill, Esq.
Nevada Bar No. 14340
mmcgill@rlattorneys.com
8925 W. Russell Road, Suite 220
Las Vegas, NV  89148

STIPULATION OF DISMISSAL WITH PREJUDICE - 1

and

Stephen K. Christiansen
Nevada Bar No. 11081
CHRISTIANSEN LAW, PLLC
3651 Lindell Road
Las Vegas, Nevada 89103
Telephone: 801-716-7016
Facsimile: 801-716-7017
Email: steve@skclawfirm.com
**ATTORNEYS FOR PLAINTIFF
ALDEN TIMOTHY COX**

Telephone: (702) 997-3800
Facsimile: (702) 997-3800
**ATTORNEYS FOR DEFENDANT
LIGHTNING AUCTIONS, INC.**

IT IS ORDERED:   case dimissed with prejudice.

Dated:  December 6, 2022

_____
Chief U.S. District JUdge